REV 09/18

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

UNITED STATES OF AMERICA
V.

GILAD PELED

(list each defendant appearing at hearing)

Case No.: 3:21-cr-00288
Judge: William L. Campbell, Jr.
Hearing Date: December 14, 2022
Location: ☒ Nashville ○ Columbia ○ Cookeville
Court Reporter: Patty Jennings
Court Interpreter:

## CRIMINAL MINUTES

Government Attorney(s): Rob McGuire, Brent Hannafan

Defense Attorney(s): Rusty Hardin, John MacVane, James Sanders

## TRIAL PROCEEDINGS

1. Jury Trial* ☐
2. Non-Jury Trial* ☐
3. Sentencing Hearing Contested* ☐
4. Supervised Release Hearing-Contested* ☐
5. Probation Revocation Hearing-Contested* ☐
6. Other Evidentiary Hearing* ☐
   (Describe #6 in comments section below)

*For items 1-6, a Witness/Exhibit List is required and must be separately filed.*

## NON-TRIAL PROCEEDINGS

7. Initial Appearance/Arraignment ☐
8. Plea Hearing ☒
9. Sentencing Hearing ☐
10. Status conference ☐
11. Pretrial Conference ☐
12. Supervised Release Revocation Hearing ☐
13. Probation Revocation Hearing ☐
14. Motion Hearing ☐
15. Other Proceeding ☐
    (Describe #15 in comments section below)

JURORS (complete on day 1 only):

1.
2.
3.
4.
5.
6.
Alt 1.

7.
8.
9.
10.
11.
12.
Alt 2.

COMMENTS:

Plea accepted. The oral motion to release Defendant pending sentencing taken under advisement; Counsel is to file proposed conditions of release. Order to enter.

Sentencing set for April 28, 2022, at 10:00 a.m., order to enter.

Total Time in Court: 45 minutes

Clerk of Court
by: Angie Brewer