# UNITED STATES DISTRICT COURT

**MIDDLE** DISTRICT OF **TENNESSEE**

USA

V.

ERIK CHARLES MAUND

## EXHIBIT AND WITNESS LIST

Case Number: 3:21-cr-00288

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| William L. Campbell, Jr. | Rob McGuire, Brent Hannafan | D. Gonzalez, P. Minton |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| January 25, 2023 Suppression Hrg. | Patty Jennings | Angie Brewer |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 1/25/2022 | | X | Audio of call |
| 2 | | | | X | Video of Interview |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages