## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| | § | |
| v. | § | **CASE NO. 3:21-CR-00288-2** |
| | § | |
| **ERIK CHARLES MAUND** | § | |

### ERIK CHARLES MAUND DESIGNATION OF EXPERT WITNESSES

Comes now, the accused, Erik Charles Maund, by and through his attorneys, and files this

Designation of Expert Witnesses said Defendant may call at trial in this case. Said witnesses are

as follows:

1) **R3 Forensics**
   Reid Wittliff
   Roy Rector
   Tyler Rector
   510 Baylor Street
   Austin, Texas 78703
   https://www.r3forensics.com/
   512-895-9555
   (CV of Roy Rector attached as Exhibit A)

   Expert testimony concerning digital forensic analysis of various electronic devices and
   information collected by the government in its investigation. This includes but is not
   limited to an analysis of audio files collected from audio/visual equipment at 1406
   Hillmeade Drive in March of 2020, digital messages from phones seized in this case, data
   retrieved from cell phones, personal computers, laptops, tablets and other electronic
   devices belonging to individuals in this case investigation. Additionally, analysis and
   interpretation of Cellebrite data from devices of alleged victims, defendants and
   cooperating individuals in this case for purpose of identifying sources and recipients of
   communications.

2) **Reliance Forensics**
   Edgar Fritz
   Clark Walton
   5950 Fairview Rd., Suite 711
   Charlotte, NC 28210
   www.//RelianceForensics.com
   Charlotte, NC
   980-335-0710
   (CV's of Edgar Fritz and Clark Walton attached as Exhibit B)

Expert testimony concerning digital forensic analysis of various electronic devices and information collected by the government in its investigation. This includes but is not limited to an analysis of audio files collected from audio/visual equipment at 1406 Hillmeade Drive in March of 2020, digital messages from phones seized in this case, data retrieved from cell phones, personal computers, laptops, tablets and other electronic devices belonging to individuals in this case investigation.

Respectfully submitted,

MINTON, BASSETT, FLORES & CARSEY
*A Professional Corporation*
1100 Guadalupe
Austin, Texas 78701
Telephone: (512) 476-4873
Facsimile: (512) 479-8315

By: /s/Samuel E. Bassett
    SAMUEL E. BASSETT
    State Bar No. 01894100
    Email: sbassett@mbfc.com
    PERRY Q. MINTON
    State Bar No. 24063296
    Email: pminton@mbfc.com
    *Counsel for Defendant*

Expert Signatures:

Roy Rector (Aug 29, 2023 16:00 CDT)

Roy Rector
R3 Forensics

Clark Walton (Aug 29, 2023 17:12 EDT)

Edgar Fritz
Reliance Forensics

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing has been signed electronically and served on all counsel

of record via the Court's electronic filing system this the 29th day of August, 2023:

/s/ Samuel E. Bassett

# EXHIBIT A



1803 West Avenue
Austin, Texas 78701
(512) 895-9555
www.r3forensics.com

## Roy D. Rector CFCE

Operations Manager / Senior Forensic Examiner

Roy D. Rector is a founder and the Senior Digital Forensic Examiner of R3 Digital Forensics LLC. His experience includes criminal investigations and digital forensic analysis in matters involving theft of trade secrets, computer and e-mail spying, conversion, murder, crimes against children, fraud and vehicular accidents. Roy has over 22 years of experience in digital forensics investigations and the handling and examination of digital evidence.

Roy was licensed as a Texas Peace Officer in May 1987. He was first commissioned in June 1987 with the Hereford, Texas Police Department, where he was employed as a police officer until August 1990.

In August of 1990, Roy was accepted into the police academy of the Austin Texas Police Department (APD). Roy received his commission as a police officer with APD in February 1991 and was assigned to patrol. He promoted to Detective in December 1997 and was assigned to the Child Abuse Investigation Unit.

Upon creation of a Child Exploitation section within this unit in April 2000, Roy was chosen as one of two detectives to staff the unit and was assigned to Computer Forensics. In 2001, Roy earned his CFCE (Certified Forensics Computer Examiner) certification from IACIS (International Association of Computer Investigative Specialist) and in 2002 his EnCE (EnCase Certified Examiner) from Guidance Software. As a Police Detective Computer Forensics Examiner, Roy has conducted hundreds of digital forensics examinations involving a myriad of criminal offenses, including fraud, murder and other criminal offenses.

In 2002 Roy joined Guidance Software, Inc. (GSI) as a member of their part-time training staff. Guidance Software is the maker of EnCase forensics software. During his six year tenure with GSI, Roy was a lead trainer for the Introductory and Intermediate EnCase computer forensic courses and has trained hundreds computer forensics examiners. He continues to this day as a certification coach for IACIS and is a member of the High Tech Crime Investigation Association (HTCIA).

Roy begin providing digital forensics services to the private sector during his APD off-duty hours in 2003 when he founded RectorNet LLC. In 2008, Roy co-founded R3 Digital Forensics and merged RectorNet into the new company. Roy has conducted numerous digital forensics examinations in civil cases involving claims of trade secret misappropriation, copyright infringement, computer and e-mail spying, fraud, civil conspiracy and vehicle collisions.

Roy retired from the Austin Police Department on March 31, 2014 after 27 years of law enforcement experience: 10 year Police Officer, 17 year Detective/investigator, 14 year Police Digital Forensic Examiner and is currently licensed by the State of Texas as a private investigator.

August 17, 2023

**Professional Qualifications**

Roy's primary certification is a Certified Forensic Computer Examiner (CFCE) by the International Association of Computer Investigation Specialists (IACIS). He was first certified in 2001, and currently maintains this certification. Roy has also acquired forensic software vender specific certifications throughout his career, currently maintaining two cell phone forensic certifications from Cellebtire.

**Training**

- Blacklight Digital Forensics Basics
- IACIS Mobile Devices Forensics
- Cellebrite Certified Operator
- Cellebrite Certified Physical Analyst
- AccessData Windows 10
- AccessData Applied Decryption
- AccessData Boot Camp (FTK)
- AccessData Advanced FTK
- AccessData Windows Forensics
- AccessData MAC Forensics
- AccessData Internet Forensics
- AccessData Windows 7 Forensics
- AccessData Windows 8 Forensics
- AccessData Windows Forensics Registry
- MFI Android Examination
- MFI iOS Forensics (iPhone, iPad, iPod)
- MFI Mobile Phone Examiner Analysis
- MFI Smart Devices (Android, iOS, Blackberry, Windows Phone)
- Encase Advanced Internet Examinations
- EnCase Intermediate Computer Forensics Course
- EnCase Advanced Computer Forensics Course
- EnCase Field Intelligence Model/Live Network Investigation
- EnCase NTFS Phase I - Windows Networking Investigation
- EnCase NTFS Phase II - Artifacts & File System
- EnCase Expert Series - Internet & Email Examinations
- NW3C Instructor Development Program
- Forensic Network Essentials Training (IACIS Advanced Course)
- Seized Computer Evidence Recovery Specialist
- SEARCH Investigation of On-Line Child Exploitation
- IACIS Advanced Seizure and Processing (DOS and WIN 95/98/2000)
- NWC3 Into to Securing Law Enforcement Networks (ISLEN)
- NWC3 Advanced Data Recovery and Analysis (ADRA)
- NWC3 Basic Data Recover and Analysis (BDRA)
- OJJDP Protecting Children Online
- National White Collar Crime Center
- Cybercop 203 – Windows Client Email Data Structures

**Computer Forensic Certifications**

- IACIS Certified Forensic Computer Examiner (CFCE)
- Cellebrite Certified Operator (CCO)
- Cellebrite Certified Physical Analyst (CCPA)
- Blacklight Certified Examiner
- EnCase Certified Examiner (EnCE)

**Computer Forensic Instructor**

- IACIS Certification Coach
- EnCase Forensic Software/Methodology Instructor
- NW3C Basic Data Recovery and Acquisition Instructor

**Professional Affiliations**

- International Association of Computer Investigation Specialists
- High Technology Crime Investigation Association
- Texas Association of Licensed Investigators

**Expert Witness Testimonials**

- Courtroom Testimony

    o June 29, 2023
        - B.C. Barnett v Safe Medial Products, LLC
        - 45th Judicial District Court, Bexar County
        - Cause No. 2021-C1-14733
        - Motion to Compel

    o May 17, 2023
        - James Halbert v. Clint Scott
        - 200th Judicial District Court, Travis County
        - Cause No. D-1GN-18-003941
        - Motion for Sanctions, Motion to Compel

    o April 27, 2023
        - In the Interest of Sofia Melian Giannini, a child
        - 201st Judicial District Court, Travis County
        - Cause N. D-1-FM -005515
        - Jury Trial

    o June 22, 2022
        - Ahlgren Management Trust vs. Copernican, LLC
        - Cause #: D-1-GN-20-001472
        - 200 District Court
        - Judge Jessica Mangrum

    o September 14, 2021
        - Debora Z Sanders vs. Jose G Sanchez & V.K. Construction
        - Cause #: 2020CI03313
        - 57th District Court, San Antonio Texas
        - Judge Antonia Arteaga

3

- September 14, 2021
  - Proofpoint, Inc v. Samuel Boone
  - Case No. 1:21-cv-00667-LY-ML
  - US District Court, Western District of Texas
  - Judge Mark Lane

- July 14, 2021
  - In the Interest of Sofia Melian Giannini, a child
  - 201 Judicial District Court, Travis County
  - Cause N. D-1-FM -005515

- April 9, 2021
  - Arbitrator: Phylis J. Speedlim
  - Case No. 01-18-0002-8784
  - Branigan Mulcahy (Claimant) vs. Cielo Property Group (Respondents)

- August 17, 2020
  - 418th District Court, Tarrant County, Texas
  - D-1-FM-18-002884 IMMO Butt
  - Spoliation Hearing

- July 22, 2020
  - 17th District Court, Tarrant County, Texas
  - Seneca Wilson vs. Pacific Railroad Company
  - 017-307656-19 Defendant's Motion for Reconsidering and for Protective Order

- June 8, 2020
  - Probate Court 2 of Harris County
  - Estate of Edward R. Schauble, Deceased
  - Motion in Limine, Motion to Strike

- June 3, 2020
  - Before US Magistrate Judge Andrew W. Austin
  - BlanceCXI, Inc v. International Consulting & Research Group, LLC
  - Motion for Sanctions Hearing

- May 1, 2019
  - 459th District Court, Travis County
  - Texas School Photography, LLC v. Lee Briggs and Associates, Inc.
  - Motion for Temporary Records Seal

- August 13, 2018
  - Midland County 142nd Texas District Court
  - Performance Chemical Company vs. True Chemical Solution, Inc.
  - Motion for Sanctions Hearing

- September 20, 2017
  - 201st District Court
  - Wylie Cavin & Lillian Cavin v. Sandy Whitley
  - Motion to Enforce, Spoliation Instruction

4

- August 9, 2017
  - Willliamson County Court of Law, #4
  - Cause #: 11-1236-FC4
  - In the Interest of Luke Paul Guidry, A Child
  - Jury Testimony

- March 14, 2017
  - 425th District Court, Williamson County, TX
  - Cause No. 12-1331-F325
  - In the Interest of Colin Zachary Phillips, a child

- September 26, 2016
  - 261th District Court, Austin TX
  - Cause No. D-1-GN-16-003560
  - Lydia Chopin v. David Owen
  - Motion for Sanctions

- September 1, 2016
  - 200th District Court, Austin TX
  - Cause No. D-1-GN-16-001713
  - Velasquez & Associates v TSG Resources, Inc.
  - Motion to Compel Hearing

- February 3, 2016
  - 98th District Court, Austin TX
  - Cause No. D-1-GN-11-001182
  - Texas Saving Bank, S.S.B. vs. Cash and Company Auto Group, Inc., Falcon Motor Company, Inc., Jamie Lynn Shelton and Marion Shipman
  - Motion to Compel Hearing

- December 03, 2015
  - 261st District Court, Austin TX
  - Cause No. 1-FM-14-007286
  - Child Custody Hearing

- December 07, 2015
  - 261st District Court, Austin TX
  - Cause No. 1-FM-14-007286
  - Child Custody Hearing

- November 04, 2015
  - 98th District Court, Austin TX
  - Cause No. D-1-GN-11-001182
  - Texas Saving Bank, S.S.B. vs. Cash and Company Auto Group, Inc., Falcon Motor Company, Inc., Jamie Lynn Shelton and Marion Shipman
  - Motion to Compel Hearing

5

- June 26, 2015
    - 345th District Court, Austin TX
    - Cause No. D-1-GN-15-000785
    - Oak Mortgage Group, Inc. VS. AmeriPro Funding, Inc.
    - Injunction Hearing

- February 24, 2014
    - 403rd District Court, Austin Texas
    - Cause No. D1DC-12-201718
    - State of Texas vs. Brandon Daniel
    - Capital Murder

- August 8, 2013
    - 299th District Court, Austin Texas
    - Cause No. D-1-DC-13-904021
    - State of Texas vs. Charles Malouff & Mary Jo Woodall
    - Fraud

- January 23 and May 31, 2013
    - 424th Judicial District Court, Blanco Texas
    - Cause No. CV07334
    - John Byram vs Susanne Dawley Byram
    - Divorce

- January 5, 2013
    - US District Court for the District of Arizona
    - CV 12-01832-PHX-ROS
    - Sluciones Innovadoras de Planeacion S.C vs Column5 Consulting Group, L.L.C.
    - Conversion

- July 12, 2007
    - 299 District Court, Travis County
    - Cause No. D1DC06300938
    - Texas vs Sean Harrison
    - Aggravated Sexual Assault

- February 8, 2007
    - 403 District Court, Travis County
    - Cause No. D1DC-7904001
    - Texas vs Tai Ho
    - Murder

- November 27, 2006
    - 390 District Court, Travis County
    - Cause No. D1Dc05301845
    - Texas vs Larry Langley
    - Possession of Child Pornography

- o May 31, 2006
    - 403- District Court, Travis County
    - Cause No. D1DC04-904176
    - Texas vs Terry McGuire
    - Possession of Child Pornography

- o March 2006
    - 331 District Court, Travis County
    - Cause No. D1DC05-903148
    - Texas vs Bradly Clavert Jerrell
    - Aggravated Assault with a Deadly Weapon on a Public Servant

- o May 2005
    - 53rd District Court, Travis County
    - Cause No. FM4-02639
    - Conley vs Conley
    - Divorce

- o May 2004
    - 368th District Court, Williamson County
    - Cause # 02-764-C368
    - Butler vs Gaddy
    - Conversion

- o March 2004
    - 193rd District Court, Dallas County
    - Cause No. 03-09940-L
    - Van Shaw vs D. Brent Lemon
    - Appointed as Special Master for Digital Evidence Collection, Preservation and Production

- o February 2004
    - 390th District Court, Travis County
    - Cause No. 9020444
    - State (Texas) vs Patrick Russo
    - Capital Murder

- o January 2004
    - 193rd District Court
    - Cause No. 03-11124
    - SI, Inc. vs Service Infinity Inc.

7

- Deposition Testimony

  - August 17, 2023
    - Taryn Salazar, v Production Fire & Safety and Zaccheus Aguero
    - Cause #: 2021CI00341
    - 225TH Judicial District Court, Bexar County Texas

  - May 25, 2023
    - Scott Roberts v. Nicole Roberts, R Partnership, LLC
    - Cause #: D-1-GN-22-004974
    - 419TH Judicial District Court, Travis County

  - May 23, 2023
    - Laura Angelica Garcia & John Michael Garcia vs. Muy-Pizza, LLC
    - Cause #: 2020C106994
    - 407th Judicial District Court, Bexar County

  - November10, 2022
    - 7th Judicial District, Jim Wells County Texas
    - Garciela Alveraz vs. Acme Truck Line and Adan Gonzales
    - Cause No. 21-05-6128-CV

  - October 6, 2022
    - Probate Court No. 1
    - Estate of Joyce Angela Williams v. BMC West Corporation
    - Cause No. C-1-PB-19-001339

  - January 14, 2022
    - 131st Judicial District Court, Bexar County Texas
    - J. Joseph Consulting, Inc. v. Michael Hill, Gary Rivis, Rex Zamponi
    - Cause No. 2021CI23038

  - January 6, 2022
    - US District Court, Western Division of Texas
    - DRW Texas LLC v. Lucas McGrew v. DRW Holdings, LLC
    - Civil Action No: 1:19-cv-00830-ML

  - April 16, 2021
    - State of Georgia, County of Dekalb
    - Civil Action File No. 18A71870
    - Whitlock vs. UPS Ground Freight

  - March 25, 2021
    - US District Court, Western District, Waco Division
    - Christopher Deitz vs. Performance Food Group
    - Case No. 6:20-cv-00153

8

- o January 12, 2021
    - Arbitrator: Phylis J. Speedlim
    - Case No. 01-18-0002-8784
    - Branigan Mulcahy (Claimant) vs. Cielo Property Group (Respondents)

- o November 16, 2015
    - 345th District Court, Austin TX
    - Cause No. D-1-GN-15-000785
    - Oak Mortgage Group, Inc. VS. AmeriPro Funding, Inc.

- o August 27, 2015
    - US District Court, Western District of Texas
    - Pilero, LLC et. al v. Chang et. Al

- o August 7, 2015
    - 368th District Court, Round Rock TX
    - Cause No. 13-0107-C368
    - Dell Inc. v. Bryan D. Wallace

- o May 1, 2015
    - 345th District Court, Austin TX
    - Cause No. D-1-GN-15-000785
    - Oak Mortgage Group, Inc. VS. AmeriPro Funding, Inc.

- o January 10, 2014
    - US Bankruptcy Court, Western District of Texas, Austin Division
    - Case No. 11-12976 (Chapter 11)
    - Robert L. Harbison Cynthia P. Harbison v. Amplify Federal Credit Union

- o January 24, 2013
    - US District Court for the District of Arizona
    - CV 12-01832-PHX-ROS
    - Sluciones Innovadoras de Planeacion S.C vs Column5 Consulting Group, L.L.C.
    - January 5, 2013 –Court Room Testimony
    - Conversion

- o November 11, 2012
    - 424th Judicial District Court, Blanco Texas
    - Cause No. CV07334
    - John Byram vs Susanne Dawley Byram
    - Divorce

9

# EXHIBIT B

# EDGAR FRITZ

+1 (980) 335-0710 • EdgarF@RelianceForensics.com • Charlotte, NC 28210

## DIGITAL FORENSIC EXAMINER | DIGITAL MEDIA FORENSICS | SC PRIVATE INVESTIGATOR

Forensic Examiner at Reliance Forensics, conduct computer forensics, cellphone forensics, DVR systems, cloud collections and forensics, audio, video, image forensics. Federal Bureau of Investigation for 20 years, Cellular Survey, Analysis and Geo-Location expertise, call detail records mapping, multisource video timelines, audio/video concealment, court exhibits, report writing, and fact-based testimony. Expertise in evidence collection, data management, crime scene management, forensic photography, certified instructor, technical report writing. Master's in digital media Forensics, with extensive experience in media authentication, audio, video, and image forensics, file structure analysis, computer programming, command line media processing, encoding/decoding. Mentor, team leadership, multiagency liaison, and customer care focused with an analytical mindset, dedicated to the methodical processing of information for the investigative mission.

### CORE COMPETENCIES

- Computer/Cellphone Forensics
- Digital Media Authentication
- Expert Report Writing
- Forensic Investigative Techniques
- Fact-based Witness
- Clandestine Surveillance
- Hardware/Software Interface
- Matlab, FFmpeg, FTK, C++ programming
- Cellphone Tower Triangulation

### PROFESSIONAL EXPERIENCE

**Digital Forensic Examiner – Technical Expert, Cellphone, Computer, Cloud – Reliance Forensics**          Charlotte, NC
03/2022 – Present

- Conduct forensic examinations of phones, computer, and cloud-based accounts
- Analyze and map Call Detail Records, GPS coordinates, and cellphone data
- Trade secret theft investigation, media preservation, internal corporate investigation, government-produced discovery, unauthorized access of personal data, invasion of privacy
- Data analysis for e-discovery protocols, segregating privileged/relevant information
- Litigation affidavit, deposition, and trial testimony

**Multimedia Specialist – Creative, Audio/Video Production – Federal Bureau of Investigation** Office of Public Affairs, FBIHQ
08/2021 – 02/2022

- Temporary Duty Assignment to Office of Public Affairs, Executive Writing and Organizational Communications Unit
- Collaborating with Director's Office, Headquarters Units, and Field Offices in production meetings
- Producing Podcasts distributed to all Bureau personnel
- Video production of Director's remarks to all Bureau personnel
- Supporting the Office of Diversity and Inclusion with audio/video enhancements and video editing
- Animating graphics for public display at FBI Experience

**Field Photographer – Creative, Investigative, and Forensic – Federal Bureau of Investigation**          San Diego, CA
08/2013 – 08/2021

- Utilizing various techniques and tools to ensure investigative goals are met
- Supporting the operations of the field office with all multimedia needs, planning, executing, editing, and final production
- Assisting investigations with video, image, and audio enhancement, concealment, morphing, editing, image extraction
- Enhancing digital photos, audio, and video, extracting relevant information for investigative purposes
- Working with management, headquarters, and outside media on creative photography, video production, and portraiture
- Leading backup photographers and providing training to outside agencies and foreign partners in crime scene management
- Producing photos and video for court related purposes and testifying as a fact-based witness
- Deploying to mass casualty scenes providing expert spherical and forensic photography and collecting vital evidence
- Maintaining proficiency and capabilities of Evidence Response Team members through training and leadership
- Providing mentorship to coworkers on career development and upward mobility
- Keeping up to date in all policies, procedures, and technology with regards to photography, video, and drone operations
- Managing an annual budget to maintain supplies and equipment

- Growing programmatic capabilities and production value through professional development
- Installing and maintaining hardware and software to maintain capabilities
- Managing, maintaining, and servicing all division photography equipment inventory
- Communicating technical details to vendors and making purchases for division projects
- Trained in Post-Mortem Fingerprinting techniques to identify decedent in various stages of decomposition
- Testified in a murder of a US National abroad on crime scene
- Obtained Master's in Digital Media Forensics to assist investigators as a headquarters' entity in the field

### Investigative Operations Analyst – Violent Crimes – Federal Bureau of Investigation

San Diego, CA
08/2008 – 08/2013

- Provided analytical support for child sexual exploitation, bank robberies, kidnappings, and other violent crime investigations
- Processed intricate and multifarious criminal and administrative investigative leads from inception to completion
- Reviewed case agent files and determined the necessary leads to follow from disjointed/incomplete information
- Identified areas where kidnapping victims were held in Mexico through review of victim statements
- Predicted patterns of bank robbery series through analysis of financial loss and locations
- Managed large sets of data obtained through subpoenas, databases, internal tools, and open sources
- Produced analytical products, graphic aids, link charts, and detailed findings in writing and as court displays
- Conducted link-chart analysis and identified unknown associates, locations, and assets
- Maintained and developed a vast cache of diverse liaison contacts from both law enforcement and public sector
- Fielded impromptu telephonic, face-to-face, mail, and e-mail contacts with the general public providing criminal complaints
- Fingerprinted and booked detainees into the Department of Justice's Joint Automated Booking System
- Verified identity of unknow persons in the field using Criminal Justice Information System's Quick Capture Platform
- Testified in a murder trial on cell phone tower analysis and mapping corroborating information from cellphone tower data
- Testified in a Racketeer Influenced and Corrupt Organization criminal indictment on link chart analysis
- Conducted emergency cell phone tracking of victims of child sexual exploitation and prostitution
- Wrote text parsing code to analyze and sort large sets of subpoenaed data to identify victims and suspects
- Produced interactive visual aids containing data from various sources to represent suspect/victim movements

### Investigative Specialist – National Security Surveillance – Federal Bureau of Investigation

San Diego, CA
05/2002 – 07/2008

- Member of Special Surveillance Group conducting clandestine surveillance operations in support of foreign counterintelligence, domestic terrorism, and international terrorism investigations
- Made quick decisions working in a team environment while conducting mobile surveillance of national security subjects
- Surreptitiously questioned members of the general public and elicited identifying information regarding investigative subjects
- Utilized covert methods to obtain information, developed and used cover stories and disguises to match situation
- Photographed and videoed subject meetings to identify unknown persons or confirm tradecraft
- Studied modus operandi and pattern of activity of subjects or groups to anticipate or recognize deviation from the norm
- Coordinated with various agencies and levels of management with professionalism
- Conducted analytical projects that reviewed surveillance techniques or methods of operation
- Deployed to various locations in support of investigations of national importance
- Prepared reports detailing movement of subjects, assessment of behavior, and provided authoritative conclusions
- Provided direction and guidance to lower level specialists, leading the team when called upon
- Trained with other agencies on surveillance and counter-surveillance techniques
- Represented region in a surveillance technology symposium and provided input on future technology deployment

## EDUCATION AND CERTIFICATIONS

- **Bachelor of Arts – Applied Mathematics (Scientific Programming)** – University of California San Diego – San Diego, CA
- **Double Minor – Political Science and Spanish Literature** – University of California San Diego – San Diego, CA
- **Master of Science – Recording Arts (Digital Media Forensics)** – University of Colorado – Denver, CO
- **Field Audio Video Program (Media Forensics)** – Federal Bureau of Investigation – Los Angeles, CA
- **Remote Pilot Certificate (Certified Drone Pilot)** – Federal Aviation Administration – San Diego, CA
- **Cellebrite Certified Mobile Examiner** – Cellebrite – Charlotte, NC
- **Cellebrite Certified Operator** – Cellebrite – Charlotte, NC
- **Cellebrite Certified Physical Analyst** – Cellebrite – Charlotte, NC

## SOFTWARE SKILLS

- Office Productivity Software: Word, Excel, Access, SharePoint, Teams
- Analytical Software Tools: i2 Analyst Notebook, PenLink, Facebook Visualizer
- Programming Languages: Advanced in FFmpeg, and Matlab
  Competence in C++, Java, Perl
- Command Line Processing: CMD, Terminal, PowerShell, Batch Processing
- Multimedia Forensics and Enhancements Software:
  - Audio – Audition, Audacity, iZotope RX7, Cardinal MINILAB plugin
  - Video – PremerePro, FinalCut Pro, Video Focus Pro
  - Images – Photoshop, Lightroom, Bridge, GIMP, CaptureOne
  - Graphics – Illustrator
  - Cellphone – Cellebrite, Magnet-Axiom
  - Computer – Magnet-Axiom, EnCase, FTK, HxD
  - DVR – DVR Examiner
  - Data Management – Triage Toolkit, Case Management
- Excellent presentation and written communication in English and Spanish

## COLLATERAL DUTIES
### Field Audio Video Program – Forensic Media – Federal Bureau of Investigation

San Diego, California
February 2020 – March 2022

- Providing digital media enhancements and redactions as a regional asset on local, state, and federal investigations
- Creating forensic images of digital evidence without alterations
- Maintaining the provenance of evidence and securing the chain of custody with file hashing
- Utilizing forensic tools such as FTK, Autopsy, Cellebrite, and HxD to view, analyze, and image evidence items
- Creating chronological video depiction of events from multiple sources into seamless timeline as evidence items for trial
- Redacting audio and video to conceal the identity of undercover personnel to declassify for discovery
- Managing large sets of intake data in a command post setting at large scale incidents or civil unrest protests with TTK
- Video demuxing, encoding/decoding, re-containerizing, changing aspect ratio and frame rate as needed for playability
- Using approved methodology and developing appropriate forensic techniques
- Strict adherence to Federal Rules of Digital Evidence

### Evidence Response Team –Collection and Forensic Techniques – Federal Bureau of Investigation

San Diego, California
February 2009 – March 2022

- Funded team member with primary duties in crime scene photography
- Ensuring methodical documentation of evidence for posterity, forensic identification, and comparison
- Advanced training in 80 Hour Basic Training, Post Blast Investigations, Crime Scene Photography, Advanced Photography, Postmortem Fingerprinting, and Bullet Trajectory
- Deployed to major investigations ranging from Mass Casualty, Murder of Federal Officer, International Terrorism, and Child Sexual Exploitation

### Adjunct Faculty Member – Instructor – Federal Bureau of Investigation

San Diego, California
June 2014 – March 2022

- Certified instructor on photography and Evidence Response Team topics
- Provide training on crime scene management to foreign law enforcement officers dignitaries
- Instructor in photography techniques for Evidence Response Team 80 hour basic training
- Represented the US Government as an instructor at the International Law Enforcement Academy in Budapest, HU
- Routinely demonstrate forensic techniques at community outreach program events, Teen Academy, and Citizen's Academy

### Mentorship Program – Upward Mobility – Federal Bureau of Investigation

San Diego, California
October 2017 – March 2022

- Mentoring coworkers through encouragement, guidance, and knowledge of opportunities for professional growth
- Providing guidance on organizational policies and structure for advancement opportunities

## AWARDS

- Sixteen time – Time Off Award, eleven time – Cash Award, seven time – Letter of Appreciation, two time – Employee of the Month, two time – Quality Step Increase, two time – Foreign Language Incentive Program, one time – Student Loan Repayment Program, one time – University Education Program

## ADDITIONAL TRAININGS

- Special Surveillance Group training course (Investigative Specialist training) 5/19/2002 – 7/10/2002
- CCG Field Readiness Course Training Exercise (joint CIA/FBI Counterintelligence training) 8/2005
- Integrated Field Operations Course (CIA operatives training course) 10/05
- CCG Field Readiness Course Training Exercise (joint CIA/FBI Counterintelligence training) 3/2006
- Counterintelligence training (Department of Defense operatives training) 7/2006
- Counterintelligence training (joint CIA/NCIS operatives training) 3/2007
- Technical Surveillance Countermeasures training (technical training provided by NCIS) 3/2007
- Technical Surveillance Equipment training (provided by NCIS) 3/2007
- Counterintelligence training (Department of Defense operatives training) 12/2007
- SSG Technical Advocate In-service (provided at Quantico, Virginia) 3/2008
- C3 Field Readiness Course Training Exercise (joint CIA/FBI Counterintelligence training) 3/2008
- NCIC Operator Course (provided by FBI) 8/15/2008
- ARJIS Operator Course (provided by FBI) 8/15/2008
- IDW Intelligence Data Warehouse (provided by FBI) 9/2008
- Joint Automated Booking Station (provided by CJIS) 10/2008
- Negotiator's Role in Border Kidnapping (provided by FBI) 2/2009
- Innocence Lost National Initiative Training Conference, ILNI/NCMEC (National Training Conference) 6/2009
- Cellular Site Analysis and Mapping (provided by ISIS world) 9/2009
- Project Pin Point Training (provided by FBI) 2/2010
- Quick Capture Platform (provided by CJIS) 4/2010
- Penlink (provided by Penlink) 7/2010
- ERT 80 Basic Training (provided by FBI's ERTU) 9/2010
- Pimping and Prostitution for Patrol (provided by SDPD) 10/10
- Pimping and Prostitution for Investigators (provided by SDPD) 10/10
- Analyst RFI organizational and briefings course (provided by FBI) 4/2012
- Adobe Photoshop CS5 (Photo editing and enhancing, course taken at UCSD Extension) 7/2010
- Post Blast Investigations (Evidence Response Team large bomb investigations) 9/2011
- I2 Analyst Notebook, advanced mapping (provided by i2) 2/2012
- Flash Photography (studio lighting and flash photography, workshop provided by Right Light Studios) 10/2012
- ERT Crime Scene Photography (concepts and techniques, photographs for evidentiary purposes) 5/2012
- Presentation Skills Course (techniques for instruction as an FBI certified instructor) 1/2013
- Instructional Strategies Course (techniques for instruction as an FBI certified instructor) 7/2014
- Spherical Photography (Field Photographer's conference, technique for major case operations) 8/2014
- Bullet Trajectory (Evidence Response Team shooting incident reconstruction technique) 4/2015
- ERT Advanced Photography (in depth techniques for evidentiary photography) 9/2015
- Adobe MAX conference, Adobe Inc. (creative conference) 11/15
- Field Photographer Refresher, FBI (Field Photographer technical training) 2/2016
- Government Purchase Card Training, FBI (Division purchase card holder) 6/28/2016
- Basic Data Exploitation, FBI (Data Analysis) 1/2017
- Field Photographer National Conference, FBI (Advanced Photographic Techniques and Editing) 9/2017
- American Academy of Forensic Sciences Conference, AAFS (Academic Conference for Forensic Science Professionals and Researchers) 2/2018
- Postmortem Fingerprinting, FBI (Advanced Fingerprinting Techniques on cadavers) 8/2018
- High Treat Overseas Security Awareness Training, DOS (Pre-deployment to hostile location training) 12/2018
- FAVP Basic Course, FBI (Digital Media) 1/2020

# Clark C. Walton

5950 Fairview Road, Suite 711, Charlotte, NC 28210
Phone: (980) 335-0710 E-mail: clark@relianceforensics.com

## Experience

**Reliance Forensics, LLC,** Charlotte, NC
*Managing Director,* November 2013 to present.
- Engaged in expert and consultant capacities to perform digital forensic collection, analysis and reporting on evidence in a variety of contexts, including business and employee disputes, intellectual property matters, domestic matters, criminal investigations, and internal corporate investigations.

Live sworn testimony:
- *State of North Carolina v. Ordway*, Meck. Co., NC District Court 4130, Aug 24, 2015. Qualified as mobile device forensic expert.
- *Charles Dyer v. Raymond James et al*, FINRA Panel, Case No. 14002268, Dec. 14, 2015. Qualified as computer forensic expert.
- *State of North Carolina v. Charles Saine*, Meck. Co. NC Superior Court, Criminal Division, 14 CRS 202428-29, 456, 458-62, March 1, 2016. Qualified as mobile device forensic expert.
- *Judith G. Smith v. David M. Smith*, Meck. Co., NC District Court, 15-CVD-21964, July 6, 2016 (Sanctions), and August 15, 2016 (Atty. Fees). Qualified as digital forensic expert.
- [*Matter Under Seal*], U.S. District Court for the Western District of North Carolina, before Judge Graham Mullen, May and June 2017. Qualified as digital forensic expert in source code copyright infringement matter.
- *Legacy Data Access, LLC v. MediQuant, Inc.*, U.S. District Court for the Western District of North Carolina, deposition taken June 30, 2017. Trial concluded July 27, 2017 before Judge Frank Whitney. Qualified as digital forensic expert in trade secret theft and spoliation matter.
- *Long Bros. of Summerfield, Inc. v. Hilco Transport, Inc.*, Forsyth Co. NC Superior Court, 15 CVS 7727, August 30-31, 2017. Qualified as digital forensic expert.
- *Computer Design and Integration, LLC and CDI Southeast, LLC v. David Brown, Marcus Jacoby and Rove, LLC*, Meck Co., NC Superior Court, Civil Division, 16-CVS-11847. Deposition taken October 11, 2017. Computer forensic matter.
- *Jazz Dasean Samuel v. Amanda Janet Graham*, Meck. Co., NC District Court, 18-CVD-2938, 18-CVD-2966, April 12, 2018. Qualified as digital forensic expert.
- *Nicole Biffle and Sara Lunders v. Gregory J. Biffle,* Meck. Co., NC Superior Court, Civil Division, 17-CVS-12215. Deposed and testified in jury trial, August 2018. Qualified as digital forensic expert.
- *Wellin v. Wellin, et al*, U.S. District Court for the District of South Carolina, Civil Actions 2:13-cv-01831-DCN, 2:13-cv-03595-DCN, 2:14-cv-04067-DCN. Deposition taken August 17, 2018. Mobile device forensic matter.
- *SSG Baltimore LLC et al v. Emil Gerardi, Noble8, LLC and Annie Payne,* American Arbitration Association Case No. 1-18-0000-8097, Baltimore, Maryland, September 11, 2018 (testimony via video conference). Qualified as digital forensic expert.
- *State of North Carolina v. Kevin Olsen,* Meck. Co. NC Superior Court, Criminal Division, 17 CRS 206644-48, September 27, 2018. Qualified as digital forensic expert.
- *Dephinitive Systems, LLC v. Glenn Bouch,* American Arbitration Association Case No. 01-16-0004-0983, Charlotte, NC, December 12, 2018. Fact witness regarding examination of digital evidence.
- *3D Systems Corp. v. Paul A. Miller, UnionTech, Inc., and RP Sales America, Inc.,* U.S. District Court for the Southern District of Indiana, Civil Action 1:17-cv-3252-RLY-MJD. Deposition taken December 13, 2018. Designated as digital forensic and cyber security expert.
- *Calvin Norton v. Jeffrey Rosier,* U.S. District Court for the Eastern District of North Carolina, Civil Action 7:14-CV-260-FL. Trial testimony February 13, 2019. Testified to mobile device evidence.

- *Estate of Scheer v. Nirlep A. Patel, M.D., et al,* SC Court of Common Pleas, Fifteenth Judicial Circuit, Civil Action No. 2017-CP-26-1571. Deposition taken April 9, 2019. Designated as mobile device forensic expert.
- *Luan Parker v. John G. Parker*, Meck. Co., NC District Court, 16-CVD-14194. Testified November 13, 2017 (motion to compel), April 24, 2019 (sanctions hearing) and August 20, 2019 (trial). Qualified as mobile device forensic expert.
- *LaSalle v. Monro Muffler Brake, Inc., and SC Dept. of Transportation,* SC Court of Common Pleas, County of Berkeley, Civil Action No. CP-08-3046. Deposition taken October 2, 2019. Trial testimony October 16, 2019. Qualified as mobile device forensic expert.
- *DiPrima v. Vann,* Union Co., NC District Court (Civil), 19 CVD 3342. Hearing testimony January 31, 2020. Qualified as digital forensic expert.
- *Nephron Pharmaceuticals Corp. v. Jennifer Shelly Hulsey et al,* U.S. District Court for the Middle District of Florida, Civil Action 6:18-cv-01573-GAP-KRS. Deposition as 30(b)(6) witness for Plaintiff Nephron Pharmaceuticals as to digital evidence taken on February 28, 2020.
- *Estate of Newcombe v. Cumberland County Hospital System, Inc. and Abhik K. Biswas, M.D.*, Cumberland Co., NC Superior Court (Civil), 19 CVS 7894. Deposition taken Oct. 6, 2020. Designated as mobile device forensic expert.
- *John Barnes, et al v. The Building Center, et al*, Meck. Co. NC Superior Court, Civil Division, 19-CVS-13562. Deposition taken January 14, 2021. Designated as digital forensic expert.
- *Lauro Dominici v. Biesse America, Inc.*, Civil Arbitration before Raymond Owens in Mecklenburg County, NC. Sworn testimony in arbitration on April 21, 2021. Qualified as digital forensic expert.
- *Amy Delene Kean v. Warren Kean*, Iredell Co. NC District Court, Civil Division, 18-CVD-2233. Hearing testimony separately on June 9 and June 11, 2021. Qualified as digital forensic expert.
- *Eastern Band of Cherokee Indians v. Benjamin Cody Long,* The Cherokee Court (Cherokee, NC), Eastern Band of Cherokee Indians, 20 CR 0465. Trial testimony week of October 11, 2021. Qualified as digital forensic expert.
- *J. Ford and C. Kisgen, et al. v. C. Jurgens and K. Russell, et al.*, Wake Co. NC Superior Court, Civil Division, 20-CVS-4896. Deposition taken December 7, 2021. Designated as digital forensic expert.
- *Eastwood Construction Partners, LLC v. Waxhaw Developers, LLC and Waxhaw LLC,* Meck. Co. NC Superior Court, Civil Division, 21-CVS-876. Deposition taken March 24, 2022. Trial testimony on April 26, 2022. Qualified as digital forensic expert.
- *Mary Catherine Dickert v. Michael Roden, et al,* Meck. Co. NC Superior Court, Civil Division, 21-CVS-16109. Deposition taken June 1, 2022. Designated as digital forensic expert.
- *Cherilyn Heggen v. Dennis Peay et al.*, Pitt Co. NC Superior Court, Civil Division, 20-CVS-2017. Deposition taken September 9, 2022. Designated as digital forensic expert.
- *Central Square Technologies, LLC v. Jeremy Allen,* Guilford Co. NC Superior Court, Civil Division, 21-CVS-9961. Trial testimony week of December 5, 2022. Qualified as computer forensic expert.
- *American Circuits, Inc. v. Bayatronics, LLC, Jayesh Patel, Dirk A. Warriner, et al,* Meck. Co. NC Superior Court, Civil Division, 22-CVS-2915. Deposition taken February 21, 2023. Designated as digital forensic expert.
- *UNOX, Inc. v. M. Conway, J. Emmerson, Tecnoeka, Inc. and Tecnoeka, S.R.L.,* Gaston Co. NC Superior Court, Civil Division, 19-CVS-1331. Deposition taken February 23, 2023. Designated as digital forensic expert.
- *John M. Fish v. Wayne D. Stetina,* Catawba Co. NC Superior Court, Civil Division, 20-CVS-1640. Trial testimony on March 9, 2023. Qualified as digital forensic expert.
- *Guy Zubchevich v. Maryeve Zubchevich,* Iredell Co. NC District Court, Civil Division, 22-CVD-1356. Motion testimony on April 3, 2023 and May 16, 2023. Qualified as digital forensic expert.

- *Verez, et al v. Trademark Metals Recycling, LLC et al,* FL 11th Circuit Court, Miami-Dade County, 2016-006791-CA-01, 2016-025704-CA-01, 2017-004955-CA-01. Deposition taken on May 30, 2023. Trial week of June 12, 2023. Qualified as digital forensic expert.
- *Window World of Baton Rouge, LLC and Window World of St. Louis, Inc., et al, v. Window World, Inc., Window World International, LLC, and Tammy Whitworth,* Wilkes Co. NC Superior Court, Civil Division, 15-CVS-1, 15-CVS-2. Deposition taken August 10, 2023. Designated as digital forensic expert.

**Alexander Ricks PLLC,** Charlotte, NC
*Counsel,* October 2012 to February 2019.
- Managed digital evidence in respect of complex commercial litigation; researched laws. Analyzed evidence and interviewed witnesses in forensics-related matters; commercial litigation.

**North Carolina Department of Justice, Attorney General's Office,** Charlotte, NC
*Senior Civil Enforcement Attorney/Assistant Attorney General,* March 2011 to October 2012.
- Special Assistant U.S. Attorney (SAUSA) in W.D.N.C. National Advocacy Center training in deposing, examining and cross-examining expert witnesses.

**State of North Carolina, 26th Prosecutorial District,** Charlotte, NC
*Assistant District Attorney,* May 2009 to March 2011.
- Over 150 bench trials, 4 jury trials. Interviewed over 1,000 witnesses as a prosecutor and worked closely with law enforcement. Member, US Secret Service Electronic Crimes Task Force.

**Mayer Brown LLP,** Charlotte, NC
*Associate Attorney*, July 2006 to May 2009.

**Nelson, Mullins, Riley and Scarborough, LLP,** Charlotte, NC
*Associate Attorney*, September 2005 to July 2006.

**Central Intelligence Agency,** McLean, Virginia
*Project Manager and Intelligence Analyst, Information Operations Center,* August 2000 to March 2005.
- Cyber threat subject matter expert. Experience in malicious code analysis and reverse engineering.
- Graduate of 6-month "CAP" career intelligence analysis course.
- Approximately 90 hours of formal telecommunications training and coursework.

**The White House,** Washington, DC
*Vice President's Homeland Security Staff, Intern*, September to December 2003.

**Federal Bureau of Investigation,** Washington, DC
*Honors Intern*, Criminal Investigative Division, June to August 1999.

## Education

**Georgetown University Law Center,** Washington, DC
Juris Doctor, May 2005. Dean's List.

# Clark C. Walton

5950 Fairview Road, Suite 711, Charlotte, NC 28210
Phone: (980) 335-0710 E-mail: clark@relianceforensics.com

**University of North Carolina,** Chapel Hill, NC
B.S., Mathematical Science (Computer Science Option), December 1999. Dean's List.

## Teaching Experience

**National Computer Forensics Institute,** Hoover, AL
*Instructor (contracted)*, Computer Forensics for Judges, April 2016 to present (2-3 courses per year).
- Includes training on computer forensics, mobile forensics, cellular technology and cyber security. Presented legal coursework to Advanced Mobile Examiner class, June 2017.

**Charlotte School of Law,** Charlotte, NC
*Adjunct Associate Professor*, Cyber Crime, January 2012 to December 2015. Evidence, Fall 2012.

**Champlain College,** Burlington, VT
*Online Adjunct Instructor*, Computer Forensics and Digital Investigations, August 2014 to February 2015.

**University of North Carolina at Charlotte,** Charlotte, NC
Associate Graduate Faculty (Adjunct Thesis Adviser), 2013 to 2016.
- Graduate thesis panelist for Austin P. Acheson, "*Frisking the Smartphone: A Law Enforcement Guide for Warrantless Post-Detention Smartphone Searches*", defended and approved August 2013.

**Central Piedmont Community College,** Charlotte, NC
*Paralegal Program Instructor*, Civil Litigation, January 2010 to December 2011.

## Professional Licenses/Training and Honors

EnCase® Certified Examiner (EnCE®), License 15-1114-6471.
Cellebrite Certified Mobile Examiner (CCME, capstone certification).
Cellebrite Advanced Smartphone Analysis (CASA).
Cellebrite (formerly BlackBag) Advanced Apple Forensics (CAAF).
Cellebrite Certified Physical Analyst.
Cellebrite Certified Logical Operator.
Admitted to the North Carolina State Bar, 2005 (current and in good standing).
- ***Board Certified Specialist in Privacy and Information Security Law***, December 2020.
Certified Information Privacy Professional/United States (CIPP/US, October 2020).
Private Investigator, State of South Carolina, License PDC 3131.
North Carolina Super Lawyers Rising Star, Business Litigation, 2014-2018.
**ABA National Outstanding Young Lawyer**, 2012-13.
North Carolina Bar Association Pro Bono Younger Lawyer of the Year, 2009-2010.
Mayer Brown LLP Transactional Pro Bono Matter of the Year, 2008.
Mecklenburg County Bar Young Lawyer of the Year, 2008-09.
Central Intelligence Agency Exceptional Performance Award, 2001.

## Professional Organizations

North Carolina State Bar Privacy and Data Security Specialization Committee,
- Board Member, 2021-present.

# Clark C. Walton

5950 Fairview Road, Suite 711, Charlotte, NC 28210
Phone: (980) 335-0710 E-mail: clark@relianceforensics.com

- Advisory Board Member (Founding), 2017-2021.

International Association of Privacy Professionals, 2020 to present.

American Bar Association, 2003 to present.

- **Advisory Committee on Law and National Security**, 2011 to 2014.
- House of Delegates Technology Committee, 2004-2005.
- House of Delegates, 2003-2005 and 2014-2018.

North Carolina Bar Association, 2006 to present.

- Young Lawyers Division Chair, 2013-2014.
- Technology Committee, 2016-2017.

Mecklenburg County Bar Board of Directors, Charlotte, NC, 2011 to 2014.

Mecklenburg County Bar Delegate to ABA House of Delegates, 2014 to 2019.

## Lectures and Publications

Co-author, "The Impact of Technology on National Security Law", a chapter in *National Security Law: Fifty Years of Transformation from the Past to the Future*, ABA Publishing, November 2012.

Presenter, "The Download on the Federal Computer Fraud and Abuse Act", NC Bar Association CLE, Cary, NC, June 2013.

Contributing author, *The ABA Cybersecurity Handbook*, Chapter 4(III), "Considerations for the Government Lawyer", ABA Publishing, July 2013.

Panelist, "Cyber Surveillance", Charlotte Talks, 90.7 WFAE, National Public Radio, Charlotte, NC, September 16, 2013.

Panelist, "The Tension between National Security and Personal Privacy", UNC-Charlotte Constitution Day, Charlotte, NC, September 17, 2013.

Co-presenter, "Legal Authority for Government Surveillance", CLE for the Mecklenburg County, NC Bar, Charles R. Jonas Federal Courthouse, Charlotte, NC, October 8, 2013.

Presenter, "Digital Forensics in Litigation", NC CLE, Bobbitt Chapter, Inns of Court, Charlotte, NC, January 22, 2014, and again for the Triangle eDiscovery Group, Raleigh, NC, February 25, 2014.

Author, "Mobile Device Forensics: Pulling Back the Digital Curtain", The True Bill, Newsletter of the NC Bar Association Criminal Justice Section, May 2014, available at http://criminaljustice.ncbar.org/newsletters/the-true-bill-may-2014/mobile-device-forensics-pulling-backthe-digital-curtain.

Presenter, "Computer and Mobile Device Forensics in Litigation", NC Bar Association CLE, Wilmington, NC, June 20, 2014.

Panelist, "Careful Where You Click: Avoiding Scams and Staying Safe Online", Annual Meeting of the NC Bar Association, Wilmington, NC, June 21, 2014.

# Clark C. Walton

5950 Fairview Road, Suite 711, Charlotte, NC 28210
Phone: (980) 335-0710 E-mail: clark@relianceforensics.com

Author, "Digital Forensics: In 1,000 Words or Less", Mecklenburg Bar News, newsletter of the Mecklenburg County, NC Bar, p. 4, August 2014, available at http://www.meckbar.org/docs/Newsletter/Aug.2014/August2014_index.html.

Presenter, "Digital Forensics: The Evidence Left Behind", Charlotte Regional Technology Executives Council (CRTEC), Charlotte, NC, September 9, 2014.

Presenter, "Digital Forensics for Lawyers: What's in your E-Wallet?", NC Bar Association webinar, Section of Law and Practice Management, September 18, 2014.

Panelist, "Mobile Device Security", NC Technology Association (NCTA) Joint Meeting, Research Triangle Park, NC, September 23, 2014.

Presenter, "Mobile Device Forensics", Information Systems Security Association (ISSA), Raleigh Chapter, November 6, 2014.

Panelist, "High Tech Ethics", NC Bar Association CLE, Cary, NC, February 20, 2015.

Presenter, "Mobile Device Forensics in Litigation", NC Bar Association CLE, Cary, NC, February 27, 2015.

Presenter, "New Frontiers: Emerging Issues in Estate Planning", Presentation on digital forensics and assets, NC Bar Association CLE, Cary, NC, April 28, 2015.

Keynote Speaker, "Digital Forensics: The Evidence Left Behind", International Function Point Users Group (IFPUG) Annual Conference, Charlotte, NC, April 30, 2015.

Presenter, "Digital Forensics in Litigation", Mecklenburg County Bar CLE, Charlotte, NC, May 14, 2015.

Panelist, "Trends in Mobile Forensics: Midyear Review", Mobile Forensics World, Myrtle Beach, SC, June 2, 2015.

Presenter, "Search and Seizure of Digital Evidence: Updates on the Legal Framework", Mobile Forensics World, Myrtle Beach, SC, June 2, 2015.

Contract Trainer, Advanced Mission Systems. Authored and taught full day tactical forensics course to U.S. military operators. Camp Dawson, West Virginia, August 14, 2015.

Presenter, "Digital Forensics: Hot Topics in Labor/Employment Law", NC/SC Labor/Employment Law Annual Conference hosted by the South Carolina Bar, Wild Dunes Resort, Isle of Palms, SC, October 23, 2015.

Speaker/Presenter, "Digital Forensics in Litigation", Women in eDiscovery luncheon, Raleigh, NC, October 27, 2015.

Panelist, "Unlocking the Mysteries of Cyber Liability", Lawyers Mutual Insurance, Charlotte, NC and Greensboro, NC (five panels over two days), November 3-4, 2015.

Speaker/Presenter, "Digital Forensics in Litigation", Metrolina Paralegals Association CLE, Charlotte, NC, February 25, 2016.

Speaker, "Cyber Threats for Business Professionals", Queens University Executive MBA Program, Charlotte, NC, April 8, 2016.

Contract Trainer, Cellebrite, Inc., "Introduction to Mobile Device Forensics for Prosecutors/Government Attorneys", hosted by U.S.S.S. Electronic Crimes Task Force (ECTF), Pinellas County Sheriff's Office, Tampa, FL, April 21-22, 2016.

Speaker/Presenter, "Digital Forensics in Litigation", NC Bar Association Paralegal Division Annual Meeting, Greensboro, NC, May 6, 2016.

Presenter, "Into the Breach: Legal and Other Obligations in Responding to a Data Compromise", Mobile Forensics World, Myrtle Beach, SC, June 8, 2016.

Presenter, "Into the Breach: Legal and Other Obligations in Responding to a Data Compromise", Information Systems Security Association (ISSA), Raleigh Chapter, July 7, 2016.

Panelist, "Using Technology Responsibly: An Interactive Discussion", North Carolina Bar Association Professionalism Committee CLE, Cary, NC, December 9, 2016.

Panelist, "Cyber Safeguards and Procedures", Lawyers Mutual Insurance of North Carolina CLE, Concord, NC, November 17, 2016, Cary, NC (two presentations), January 13, 2017, and Wrightsville Beach, NC, February 10, 2017.

Presenter, "Preparing to Testify to Digital Evidence in Court", Techno Security Conference, Myrtle Beach, SC, June 5, 2017.

Contract Trainer, Cellebrite, Inc., "Digital Forensics for Legal Professionals", hosted by Minnesota Bureau of Criminal Apprehension, St. Paul, MN, June 21-22, 2017.

Panelist, "Ensuring the Admissibility of Cloud Evidence", Techno Security Conference, Myrtle Beach, SC, June 4, 2018.

Panelist, "Data in Business Litigation", presented at Parker, Poe Adams & Bernstein, Charlotte, NC office on February 21, 2019. Presented again to the Bobbitt Chapter of the Inns of Court, Charlotte, NC, on March 13, 2019. NC State Bar "technology" CLE credit.

Lecture, "Take Control of Your Digital Footprint", Center for Professional and Applied Ethics of the University of North Carolina Charlotte, April 17, 2019.

Presenter, "Digital Forensics: The Examiner's 'Top 10' for Family Law Attorneys", NC Bar Association Family Law Section Annual Meeting CLE, Asheville, NC, May 3, 2019.

Presenter, "Basics of Forensically Sound Digital Investigations", Charlotte Chapter of the Association of Certified Fraud Examiners, Continuing Professional Education, Charlotte, NC, May 8, 2019.

Presenter (Cellebrite Contract Trainer), "Corporate Digital Forensic Investigations: From Acquisition to Testimony", Techno Security Conference, Myrtle Beach, SC, June 3, 2019.

Presenter, "Data Security and Collections: Forensics, Privacy Considerations and Liability Issues", NC Bar-approved CLE for clients of Ford Harrison LLP, Charlotte, NC, December 6, 2019.

Panelist, "Digital Privacy Round Table", Business North Carolina virtual panel hosted/sponsored by Brooks Pierce, LLP and the N.C. Technology Association, October 6, 2020.

Presenter, "Networks and Investigations: Selected Topics for Counsel", North Carolina Technology CLE presented virtually/via Zoom to approximately 70 NC-licensed attorneys, hosted by Ketan Soni, Esq., February 11, 2021.

Co-Presenter with Womble Bond Dickinson, "Alice in WeChatland: Into the Compliance and Discovery Rabbit Hole of Messaging Apps", Association of Corporate Counsel, Charlotte, NC Chapter Technology CLE (presented virtually), April 15, 2021.

Co-Presenter, "Expert Witnesses in the North Carolina Business Court", Mecklenburg County Bar 9th Annual North Carolina Business Court, CLE, Charlotte, NC, October 22, 2021.

Co-Presenter with Womble Bond Dickinson, "The 1, 2 Step of Data Retention", Womble Bond Dickinson Summit CLE (presented virtually), October 13, 2022.