IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No.: 3:21-CR-00288 |
| v. ) | |
| ) | Judge Campbell |
| ADAM CAREY ) | |

## VERDICT FORM

### COUNT ONE

With respect to Count One of the Indictment which charges Murder-for-Hire, we, the Jury, unanimously find **Adam Carey** (Check One):

Not Guilty _____          Guilty _____

**INSTRUCTION**: If you answered "Not Guilty" to Count One above, skip the following question and proceed to Count Two on the next page. If you answered "Guilty" as to Count One, proceed to Questions 1(a) and 1(b) below.

1(a). We, the Jury, having found **Adam Carey** guilty of the offense charged in Count One, further unanimously find that (Check One):

_____ Holly Williams' death was not a result of **Adam Carey's** participation in this offense, or

_____ Holly Williams' death was a result of **Adam Carey's** participation in this offense.

1(b). We, the Jury, having found Adam Carey guilty of the offense charged in Count One, further unanimously find that (Check One):

_____ William Lanway's death was not a result of **Adam Carey's** participation in this offense, or

_____ William Lanway's death was a result of **Adam Carey's** participation in this offense.

## COUNT TWO

With respect to Count Two of the Indictment which charges Conspiracy to Commit Kidnapping, we the jury, unanimously find **Adam Carey** (Check One):

Not Guilty _____        Guilty _____

## COUNT THREE

With respect to Count Three of the Indictment which charges Kidnapping, we the jury, unanimously find the Defendant **Adam Carey** (Check One):

Not Guilty _____        Guilty _____

**INSTRUCTION**: If you answered "Not Guilty" to Count Three above, skip the following question and return this Verdict Form. If you answered "Guilty" as to Count, proceed to Questions 3(a) and 3(b) below.

3(a). We, the jury, having found **Adam Carey** guilty of the offense charged in Count Three, further unanimously find that the kidnapping (Check One):

_____ Did not result in the death of Holly Williams, or

_____ Did result in the death of Holly Williams.

3(b). We, the jury, having found **Adam Carey** guilty of the offense charged in Count Three, further unanimously find that the kidnapping (Check One):

_____ Did not result in the death of William Lanway, or

_____ Did result in the death of William Lanway.