IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| | ) | Case No. 3:21-00288-3 |
| v. | ) | William L. Campbell, Jr. |
| | ) | U.S. District Court Judge |
| | ) | |
| BRYON BROCKWAY. | ) | |

## **MOTION TO WITHDRAW AS COUNSEL OF RECORD**

Comes now the Defendant and hereby moves this Honorable Court to allow Brian Magee to withdraw as counsel of record in the above-captioned case. Prior to filing this motion, Mr. Magee was informed by Defendant that he no longer wished to be represented by Mr. Magee, and wished to be represented by Attorney Luke Evans for the remainder of his case.

Attorney Luke Evans is the lead counsel in the above-captioned case and is prepared to continue in his representation without any request or need for delay. Therefore, no party will suffer any prejudice by granting Mr. Magee's request to withdraw.

**WHEREFORE, PREMISES CONSIDERED**, the Defendant requests this Honorable Court allow Mr. Magee to withdraw as counsel of record in the above-captioned case.

Respectfully Submitted,

EVANS BULLOCH & PARKER, PLLC

/s/ *Luke A. Evans*
LUKE A. EVANS, BPR# 23620
Attorney for the Accused
P.O. Box 398
302 North Spring Street
Murfreesboro, TN 37133
(615)896-4154
lukeevans@bfhelaw.com

## CERTIFICATE OF SERVICE

       I hereby certify that on October 20, 2023, I electronically filed the foregoing Motion with the clerk of the court by using the CM/ECF system, which will send a Notice of Electronic Filing to the following: **Rob McGuire** and **Brooke Farzad**, Assistant United States Attorneys, 719 Church Street, Suite 3300, Nashville, Tennessee 37203; along with the other parties in this case as listed to be noticed in the CM/ECF system.

                                            /s/*Luke A. Evans*
                                            LUKE A. EVANS