UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | NO.: 3:21-CR-00288 |
| | ) | |
| | ) | JUDGE CAMPBELL |
| ERIK MAUND | ) | |
| BRYON BROCKWAY | ) | |
| ADAM CAREY | ) | |

## RESPONSE OF THE UNITED STATES

COMES NOW the United States of America, by and through Henry C. Leventis, United States Attorney, and the undersigned Assistant United States Attorney, Robert E. McGuire, and responds that the United States has no opposition to the request described in the Court's Order at Docket Entry 468.

Respectfully submitted,

HENRY C. LEVENTIS
United States Attorney

By: *s/ Robert McGuire*
ROBERT McGUIRE
Assistant U. S. Attorney
719 Church Street, Suite 3300
Nashville, Tennessee 37203
Telephone: 615-736-5151

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing will be served electronically to counsel for defendant, via the Court's Electronic Case Filing System, on January 12, 2024.

*s/ Robert McGuire*
ROBERT McGUIRE
Assistant United States Attorney