# UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF TENNESSEE

| UNITED STATES OF AMERICA V. ERIK CHARLES MAUND, BRYON BROCKWAY and ADAM CAREY | **EXHIBIT AND WITNESS LIST** Case Number: 3:21-cr-00288 |
|---|---|

| PRESIDING JUDGE<br>William L. Campbell, Jr. | PLAINTIFF'S ATTORNEY<br>Rob McGuire, Brooke Farzad | DEFENDANT'S ATTORNEY<br>David Gonzalez, Perry Minton, John-David Thomas, Samuel Bassett, Luke Evans, Benjamin Perry |
|---|---|---|
| TRIAL DATE (S)<br>Remmer Hearing: 5/15/2024 | COURT REPORTER<br>Roxann Harkins | COURTROOM DEPUTY<br>Kelly Parise |

| COURT NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|
| CT 1 | 5/15/2024 | X | X | Tab 1 in Exhibit Binder (Government Exhibit 254 – Photo of CCi Small Pistol Primers No 500) |
| CT 2 | 5/15/2024 | X | X | Tab 2 in Exhibit Binder (Government Exhibit 257 – Photo of CCi ammunition) |
| CT 3 | 5/15/2024 | X | X | Tab 3 in Exhibit Binder (Photo of Flash Drive marked for identification as C3 during trial) |
| CT 4 | 5/15/2024 | X | X | Tab 4 in Exhibit Binder (Transcript - C4 - 2021-10-25 Conaway-Brockway Meeting) |
| CT 5 | 5/15/2024 | X | X | Photocopy of sticky note and Government Exhibit 359 (Original exhibit is in Binder 2 of Government's trial exhibits) |
| X | 05/15/2024 | | | WIT: Juror #6 |
| X | 05/15/2024 | | | WIT: Juror #4 |
| X | 05/15/2024 | | | WIT: Juror #11 |
| X | 05/15/2024 | | | WIT: Juror #2 |
| X | 05/15/2024 | | | WIT: Juror #9 |
| X | 05/15/2024 | | | WIT: Juror #1 |
| X | 05/15/2024 | | | WIT: Juror #3 |
| X | 05/15/2024 | | | WIT: Juror #5 |
| X | 05/15/2024 | | | WIT: Juror #7 |
| X | 05/15/2024 | | | WIT: Juror #10 |
| X | 05/15/2024 | | | WIT: Juror #12 |
| X | 05/15/2024 | | | WIT: Juror # 13 |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages