IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | Case No. 3:21-00288-3 |
| v. | ) | William L. Campbell, Jr. |
| | ) | Chief U.S. District Court Judge |
| | ) | |
| BRYON BROCKWAY. | ) | |

**DEFENDANT'S REPLY TO GOVERNMENT'S RESPONSE**

Comes now the Defendant, Bryon Brockway ("Brockway"), by and through his attorney, Luke Evans, and hereby files the following Reply to the Combined Response of the United States to Defendants' Post-Hearing Briefing. (D.E. 550). In reply, and to avoid presenting repetitive arguments to the Court, Brockway hereby adopts and incorporates by reference in its entirety Defendant Maund's Supplemental Reply Brief. (D.E. 556).

Respectfully submitted,

EVANS BULLOCH & PARKER, PLLC

/s/ Luke A. Evans
Luke A. Evans, BPR# 23620
Attorney for Bryon Brockway
P.O. Box 398
302 North Spring Street
Murfreesboro, TN 37133
Ph.: (615) 896-4154
Email: lukeevans@bfhelaw.com

Certificate of Service

I hereby certify that on July 23, 2024, I electronically filed the foregoing Reply with the clerk of the court by using the CM/ECF system, which will send a Notice of Electronic Filing to the following: **Rob McGuire** and **Brooke Farzad**, Assistant United States Attorneys, 719 Church Street, Suite 3300, Nashville, Tennessee 37203; along with the other parties in this case as listed to be noticed in the CM/ECF system.

/s/ Luke A. Evans
LUKE A. EVANS