IN THE UNITED STATES DISTRICT COURT FOR
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | NO. 3:21-cr-00288 |
| v. | ) | |
| | ) | JUDGE CAMPBELL |
| ADAM CAREY | ) | |

### ORDER

Before the Court is Adam Carey's Notice of Objections to Unsealing Filings. (Doc. No. 563). Mr. Carey objects to unsealing the documents specified in the Court's September 17, 2024 Order (Doc. No. 562) on grounds that "unsealing the documents would unnecessarily disclose inappropriate and/or prejudicial information from the previous trial that could improperly taint future jury pools."

On or before October 21, 2024, Mr. Carey shall file a notice that: (1) identifies the documents he contends should remain under seal; (2) specifies the information from those documents that has not been disclosed in other public filings, including the Court's September 17, 2024 Memorandum and Order on the motions for new trial (Doc. No. 561); (3) explains why the potential prejudice from any publicity concerning the trial cannot be remedied through voir dire of future prospective jurors; and (4) explains why his interest in maintaining the secrecy of that information outweighs the public interest in access to information concerning these proceedings.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE