# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | No. 3:21-cr-00288 |
| v. ) | |
| ) | Chief Judge William L. Campbell, Jr. |
| **ERIK CHARLES MAUND** ) | |
| **BRYON BROCKWAY** ) | |
| **ADAM CAREY** ) | |

## UNITED STATES' NOTICE OF APPEAL

Pursuant to 28 U.S.C. § 1291, 18 U.S.C. § 3731, and Rule 4(b)(1)(B)(i) of the Federal Rules of Appellate Procedure, notice is hereby given that the United States of America appeals to the United States Court of Appeals for the Sixth Circuit from the opinion and Order on September 17, 2024, by the District Court granting Defendant Maund, Brockway, and Carey's respective Motions for New Trial. (*See* Case No. 3:21-cr-00288, DE # 561.)

                                              Respectfully submitted,
                                              THOMAS J. JAWORSKI
                                              Acting United States Attorney

By:    */s/ Robert E. McGuire*
           ROBERT E. MCGUIRE

           */s/ Brooke C. Farzad*
           BROOKE C. FARZAD
           Assistant U.S. Attorney
           719 Church Street, Suite 3300
           Nashville, Tennessee 37203
           Phone: (615) 401-6607
           Robert.mcguire@usdoj.gov

## CERTIFICATE OF SERVICE

  I hereby certify that a true and correct copy of the foregoing will be served electronically and to all counsel for all defendants via CM/ECF on the 15th day of October, 2024.

               */s/ Robert E. McGuire*
               ROBERT E. MCGUIRE