IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 3:21-CR-00288 |
| | ) | Chief Judge Campbell |
| [1] ERIK CHARLES MAUND | ) | |
| [3] BRYON BROCKWAY | ) | |
| [4] ADAM CAREY | ) | |

## BILL OF PARTICULARS FOR FORFEITURE OF PROPERTY

Pursuant to Fed. R. Crim. P. 32.2 and 18 U.S.C. § 981(a)(1)(C) by 28 U.S.C. § 2461, the Forfeiture Allegation of the Superseding Indictment gave notice that upon conviction of Counts One, Two or Three as alleged in the Indictment, the above named Defendants shall forfeit their interest in any property, real or personal, which constitutes or is derived from proceeds traceable to a violation of 18 U.S.C. § 1958 as charged in Count One, a violation of 18 U.S.C. § 1201(c) as charged in Count Two, and/or a violation of 18 U.S.C. § 1201(a)(1) as charged in Count Three, including, but not limited to, a money judgment in an amount to be determined representing the value of the property subject to forfeiture. (ECF No. 127: Superseding Indictment.)

**THE UNITED STATES HEREBY GIVES NOTICE THAT**, in addition to the property identified above and already listed in the Forfeiture Allegation of the Indictment, the United States also seeks forfeiture of the following:

1. $57,970.00 United States currency; and
2. $1,340.00 United States currency.

Respectfully submitted,

THOMAS J. JAWORKSI
Acting United States Attorney for the
Middle District of Tennessee

1

2

By:    s/ Robert E. McGuire
ROBERT E. MCGUIRE
Assistant United States Attorney
719 Church Street, Suite 3300
Nashville, Tennessee 37203-6940
Telephone: (615) 736-5151
Email: robert.mcguire@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of October 2024, a copy of the foregoing Bill of Particulars for Forfeiture of Property was filed electronically. Notice of this filing will be sent to counsel via email by operation of the Court's electronic filing system.

By:    s/ Robert E. McGuire
ROBERT E. MCGUIRE

2

Case 3:21-cr-00288    Document 566    Filed 10/15/24    Page 2 of 2 PageID #: 6428