UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:21-cr-00288 |
| | ) | JUDGE CAMPBELL |
| | ) | |
| ERIK MAUND, et al. | ) | |

UNITED STATES' MOTION TO TERMINATE COUNSEL

The United States moves this Court to terminate Brooke C. Farzad, former Assistant United States Attorney, as the attorney of record for the United States in this case. Assistant United States Attorney Robert E. McGuire will prosecute this case.

Respectfully submitted,

ROBERT E. McGUIRE
Acting United States Attorney

/s/ *Robert E. McGuire*
Robert E. McGuire
Assistant U. S. Attorney
719 Church Street, Suite 3300
Nashville, Tennessee 37203
Phone: 615-736-5151

CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing has been filed on May 15, 2025, with the Clerk via CM/ECF, and that a copy will be sent to defense counsel, David Gonzalez, James Sanders, Luke Evans, and Benjamin Perry, via CM/ECF.

/s/ *Robert E. McGuire*
Robert E. McGuire
Assistant United States Attorney