UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

No. 24-5932

UNITED STATES OF AMERICA,

    Plaintiff - Appellant,

v.

ERIK CHARLES MAUND; BRYON BROCKWAY; ADAM CAREY,

    Defendants - Appellees.

**FILED**
Feb 23, 2026
KELLY L. STEPHENS, Clerk

Before: MOORE, THAPAR, and RITZ, Circuit Judges.

# JUDGMENT

On Appeal from the United States District Court
for the Middle District of Tennessee at Nashville.

THIS CAUSE was heard on the record from the district court and was argued by counsel.

IN CONSIDERATION THEREOF, it is ORDERED that the district court's grant of the motion for a new trial is REVERSED, and the case is REMANDED for further proceedings consistent with the opinion of this court.

**ENTERED BY ORDER OF THE COURT**

_Kelly L. Stephens_

Kelly L. Stephens, Clerk